EMPLOYMENT LAWYERS GROUP
KARL GERBER, SBN: 166003
ANN GULESER, SBN: 210790
13418 Ventura Boulevard
Sherman Oaks, California 91423
Telephone:  818 783 7300
Facsimile:   818 995 7159

Attorneys for Plaintiff BALWINDER SINGH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALWINDER SINGH, an individual<br><br>            Plaintiffs,<br><br>     vs.<br><br>IKEA DISTRIBUTION SERVICES, INC.; and DOES 1 through 100 inclusive<br><br>            Defendant. | CASE NO.: 1:20-CV-00975-NONE-JLT<br><br>**ORDER** |

  IT IS HEREBY ORDERED THAT the hearing date of Defendant's Motion for Partial Dismissal of Plaintiff's Complaint is continued from October 1, 2020 to October 15, 2020.

IT IS SO ORDERED.

Dated:  **September 10, 2020**          _____
                                         UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER