JOHNNIE A. JAMES, CA Bar No. 144091
johnnie.james@ogletree.com
MINH P. NGO, CA Bar No. 302230
minh.ngo@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213-239-9800
Facsimile:      213-239-9045

Attorneys for Defendant
IKEA DISTRIBUTION SERVICES, INC.

EMPLOYMENT LAWYERS GROUP
Karl Gerber (SBN 166003)
Ann Guleser (SBN 210790)
13418 Ventura Boulevard
Sherman Oaks, California 91423
Telephone:      (818) 783-7300
Facsimile:       (818) 995-7159

Attorneys for Plaintiff
BALWINDER SINGH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| BALWINDER SINGH, an individual | Case No. 1:20-cv-00975-NONE-JLT |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| IKEA DISTRIBUTION SERVICES, INC.; and DOES 1 through 100 inclusive, | (Doc. 10) |
| Defendants. | |

**STIPULATION**

Plaintiff Balwinder Singh ("Plaintiff") and Defendant IKEA Distribution Services Inc. ("Defendant", collectively the "parties), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Scheduling Conference in this case is set for October 15, 2020, at 8:30 a.m., before Magistrate Judge Jennifer L. Thurston in Courtroom 4; and

WHEREAS, Defendant's Motion for Partial Dismissal of Plaintiff's Complaint requesting dismissal without leave to amend Plaintiff's second and fourth causes of action and to strike Plaintiff's third cause of action to the extent it is predicated on the deficient second cause of action is set to be heard by the Court on October 15, 2020.

**THEREFORE, THROUGH THEIR RESPECTIVE COUNSEL, THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

In the interest of efficient litigation in this case, the parties hereby stipulate and request that the Court order that the Scheduling Conference currently set for October 15, 2020 at 8:30 a.m. before Magistrate Judge Jennifer L. Thurston in Courtroom 4, be continued to the later of November 6, 2020, or three (3) weeks after the Court's ruling on Defendant's Motion for Partial Dismissal of Plaintiff's Complaint, at the same time and location.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: September 21, 2020             EMPLOYMENT LAWYERS GROUP


By: /s/ Ann Guleser (as authorized on 9/21/2020)
    Karl Gerber, Esq.
    Ann Guleser, Esq.

Attorneys for Plaintiff
BALWINDER SINGH

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| DATED:  September 21, 2020 | | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | | By: /s/ Minh P. Ngo |
| | |     Johnnie A. James |
| | |     Minh P. Ngo |
| | | Attorneys for Defendant |
| | | IKEA DISTRIBUTION SERVICES, INC. |

44276697.1

**[PROPOSED] ORDER**

The Court, having considered the parties' stipulation, and for good cause shown, **IT IS SO ORDERED** that the Scheduling Conference currently set for October 15, 2020, at 8:30 a.m., before Magistrate Judge Jennifer Thurston be continued to December 21, 2020 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **September 21, 2020**          **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE