JOHNNIE A. JAMES, CA Bar No. 144091
johnnie.james@ogletree.com
MINH P. NGO, CA Bar No. 302230
minh.ngo@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213-239-9800
Facsimile:      213-239-9045

Attorneys for Defendant
IKEA DISTRIBUTION SERVICES, INC.

EMPLOYMENT LAWYERS GROUP
Karl Gerber (SBN 166003)
Ann Guleser (SBN 210790)
13418 Ventura Boulevard
Sherman Oaks, California 91423
Telephone:     (818) 783-7300
Facsimile:      (818) 995-7159

Attorneys for Plaintiff
BALWINDER SINGH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALWINDER SINGH, an individual<br><br>           Plaintiff,<br><br>     v.<br><br>IKEA DISTRIBUTION SERVICES, INC.;<br>and DOES 1 through 100 inclusive,<br><br>           Defendants. | Case No. 1:20-cv-00975-NONE-JLT<br><br>**SECOND STIPULATION TO CONTINUE SCHEDULING CONFERENCE [DKT. 15]; [PROPOSED] ORDER**<br><br>(Doc. 15) |

**STIPULATION**

Plaintiff Balwinder Singh ("Plaintiff") and Defendant IKEA Distribution Services Inc. ("Defendant", collectively the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Scheduling Conference in this case was originally set for October 15, 2020, at 8:30 a.m., before Magistrate Judge Jennifer L. Thurston in Courtroom 4;

WHEREAS, Defendant's Motion for Partial Dismissal of Plaintiff's Complaint requesting dismissal without leave to amend Plaintiff's second and fourth causes of action and to strike Plaintiff's third cause of action to the extent it is predicated on the deficient second cause of action was set to be heard by the Court on October 15, 2020;

WHEREAS, on September 21, 2020, the Parties filed a Stipulation to Continue Scheduling Conference [Dkt. No. 10];

WHEREAS, on September 22, 2020, the Court granted the Parties' Stipulation to Continue Scheduling Conference and issued an Order continuing the Scheduling Conference in this case to December 21, 2020, at 9:00 a.m., before Magistrate Judge Jennifer L. Thurston [Dkt. No. 11]; and

WHEREAS, as the date of the filing of this Second Stipulation to Continue Scheduling Conference, Defendant's Motion for Partial Dismissal of Plaintiff's Complaint remains pending before the Court.

**THEREFORE, THROUGH THEIR RESPECTIVE COUNSEL, THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

In the interest of efficient litigation in this case, the parties hereby stipulate and request that the Court order that the Scheduling Conference currently set for December 21, 2020, at 9:00 a.m., before Magistrate Judge Jennifer L. Thurston, be continued to the later of January 14, 2021, or three (3) weeks after the Court's ruling on Defendant's Motion for Partial Dismissal of Plaintiff's Complaint.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

                                                      Respectfully submitted,

DATED: December 1, 2020           EMPLOYMENT LAWYERS GROUP

By: /s/ Ann Guleser (as authorized on 12/1/2020)
     Karl Gerber, Esq.
     Ann Guleser, Esq.

Attorneys for Plaintiff
BALWINDER SINGH

DATED:  December 1, 2020          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ Minh P. Ngo
     Johnnie A. James
     Minh P. Ngo

Attorneys for Defendant
IKEA DISTRIBUTION SERVICES, INC.

45130966.1

**[PROPOSED] ORDER**

The Court, having considered the parties' Second Stipulation to Continue Scheduling Conference, and for good cause shown, the scheduling conference is CONTINUED to March 22, 2021 at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **December 1, 2020**          /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE