UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALWINDER SINGH,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>IKEA DISTRIBUTION SERVICES, INC.,<br><br>　　　　　　　Defendants. | No. 1:20-cv-0975-NONE-JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS GRANTING DEFENDANT'S MOTION TO DISMISS<br><br>(Doc. Nos. 6, 20) |

　　　　IKEA Distribution Services, Inc. has moved to dismiss several of plaintiff's causes of action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (*See* Doc. No. 6.) The assigned magistrate judge found the facts alleged were not sufficient to state cognizable claims for retaliation in violation of California Labor Code § 1102.5, wrongful termination in violation of public policy, and intentional infliction of emotional distress. (Doc. No. 20 at 5-11.) Therefore, the magistrate judge recommended that defendants' motion to dismiss be granted, but that plaintiff also be granted leave to amend the complaint to attempt to cure the noted deficiencies. (*Id.* at 12.)

　　　　The parties were given fourteen days to file any objections to the recommendations. (Doc. No. 20 at 16.) The parties were "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id.* at 13, citing *Martinez v. Ylst*,

1

1  951 F.2d 1153 (9th Cir. 1991); *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014)).  To date, no objections have been filed by either party.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this court conducted a *de novo* review of the case.  Having carefully reviewed the file, the court finds the findings and recommendations are supported by the record and proper analysis. Accordingly,

1. The findings and recommendations dated May 12, 2021 (Doc. No. 20) are adopted in full;
2. Defendant's motion to dismiss (Doc. No. 6) is granted; and
3. Plaintiff's first amended complaint, which was prematurely docketed on June 11, 2021, (Doc. No. 21), shall be deemed filed as of the date of entry of this order;
4. Defendant's response to the first amended complaint shall be due 21 days after the date of entry of this order.

IT IS SO ORDERED.

Dated: **June 15, 2021**   /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE

2