EMPLOYMENT LAWYERS GROUP
Karl Gerber (SBN 166003)
Ann Guleser (SBN 210790)
13418 Ventura Boulevard
Sherman Oaks, California 91423
Telephone: (818) 783-7300
Facsimile: (818) 995-7159
Email: aguleser@emplaw.net

Attorneys for Plaintiff
BALWINDER SINGH

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
JOHNNIE A. JAMES, CA Bar No. 144091
johnnie.james@ogletree.com
MINH P. NGO, CA Bar No. 302230
minh.ngo@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendant
IKEA DISTRIBUTION SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALWINDER SINGH, an individual<br><br>Plaintiff,<br><br>v.<br><br>IKEA DISTRIBUTION SERVICES, INC.; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 1:20-cv-00975-NONE-JLT<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S THIRD CAUSE OF ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; [PROPOSED] ORDER**<br>(Doc. 23) |

20cv975.o.grnt.stip
close 3rd cause of

Case No. 1:20-cv-00975-NONE-JLT
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S THIRD CAUSE OF ACTION
FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; [PROPOSED] ORDER

## STIPULATION

Plaintiff Balwinder Singh ("Plaintiff") and defendant IKEA Distribution Services, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record submit the Joint Stipulation Of Dismissal With Prejudice Of Plaintiff's Third Cause Of Action For Intentional Infliction Of Emotional Distress, hereby stipulate and agree as follows:

**WHEREAS**, on May 12, 2021, Magistrate Judge Jennifer L. Thurston issued her Findings and Recommendations Granting Defendant's Motion to Dismiss, recommending that Plaintiff be given leave to file a First Amended Complaint. (Doc. No. 20.)

**WHEREAS**, on June 11, 2021, Plaintiff filed his First Amended Complaint ("FAC") amending his claim for intentional infliction of emotional distress, the Third Cause of Action in Plaintiff's FAC. (Doc. No. 21.)

**WHEREAS**, on June 15, 2021, the Court issued the Order Adopting in Full the Findings and Recommendations Granting Defendant's Motion to Dismiss (the "Order"), ordering that Plaintiff's FAC, which was prematurely docketed on June 11, 2021, be deemed filed as of the date of entry of the Order and that Defendant's response be due 21 days after the date of entry of the Order. (Doc. No. 22.)

**WHEREAS**, on June 22, 2021, Defendant notified Plaintiff that it intended to seek dismissal of the Third Cause of Action of Plaintiff's FAC for intentional infliction of emotional distress because the FAC fails to plead sufficient facts on which relief may be granted.

**WHEREAS**, following the Parties' meet and confer, on June 28, 2021, counsel for Plaintiff notified Defendant that Plaintiff agreed to dismiss the Third Cause of Action of Plaintiff's FAC for intentional infliction of emotional distress.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties as follows:

Plaintiff and Defendant, by and through their counsel, stipulate and agree that the Third Cause of Action of Plaintiff's FAC for intentional infliction of emotional distress be dismissed with prejudice.

20cv975.o.grnt.stip
close 3rd cause of

1     Case No. 1:20-cv-00975-NONE-JLT
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S THIRD CAUSE OF ACTION
FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; [~~PROPOSED~~] ORDER

| | |
|---|---|
| 1 | **IT IS SO STIPULATED.** |
| 2 | Respectfully submitted, |
| 3 | DATED: June 28, 2021     EMPLOYMENT LAWYERS GROUP |

By: /s/ Ann Guleser (as authorized on 6/28/2021)
    Karl Gerber, Esq.
    Ann Guleser, Esq.

Attorneys for Plaintiff
BALWINDER SINGH

DATED: June 29, 2021     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Minh P. Ngo
    Johnnie A. James
    Minh P. Ngo

Attorneys for Defendant
IKEA DISTRIBUTION SERVICES, INC.

2     Case No. 1:20-cv-00975-NONE-JLT
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S THIRD CAUSE OF ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; [PROPOSED] ORDER

20cv975.o.grnt.stip close 3rd cause of

**[~~PROPOSED~~] ORDER**

The parties have stipulated to dismiss the third cause of action with prejudice. (Doc. 23) Accordingly, the Court accepts the stipulation and DIRECTS the Clerk of Court to close this action as to the third cause of action.

IT IS SO ORDERED.

Dated: __**June 29, 2021**__   _____ **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE

.

20cv975.o.grnt.stip
close 3rd cause of

3    Case No. 1:20-cv-00975-NONE-JLT
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S THIRD CAUSE OF ACTION
FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; [~~PROPOSED~~] ORDER