EMPLOYMENT LAWYERS GROUP
Karl Gerber (SBN 166003)
Ann Guleser (SBN 210790)
13418 Ventura Boulevard
Sherman Oaks, California 91423
Telephone: (818) 783-7300
Facsimile: (818) 995-7159
Email: aguleser@emplaw.net

Attorneys for Plaintiff
BALWINDER SINGH

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
JOHNNIE A. JAMES, CA Bar No. 144091
johnnie.james@ogletree.com
MINH P. NGO, CA Bar No. 302230
minh.ngo@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendant
IKEA DISTRIBUTION SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALWINDER SINGH, an individual<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IKEA DISTRIBUTION SERVICES, INC.; and DOES 1 through 100 inclusive,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00975-NONE-JLT<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; [~~PROPOSED~~] ORDER**<br><br>(Doc. 24) |

20cv975.o.grnt.stip
eot responsive

Case No. 1:20-cv-00975-NONE-JLT
JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT; [~~PROPOSED~~] ORDER

# STIPULATION

Plaintiff Balwinder Singh ("Plaintiff") and defendant IKEA Distribution Services, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record submit the Joint Stipulation To Extend Time For Defendant To File Answer To Plaintiff's First Amended Complaint, hereby stipulate and agree as follows:

**WHEREAS**, on May 12, 2021, Magistrate Judge Jennifer L. Thurston issued her Findings and Recommendations Granting Defendant's Motion to Dismiss, recommending that Plaintiff be given leave to file a First Amended Complaint. (Doc. No. 20.)

**WHEREAS**, on June 11, 2021, Plaintiff filed his First Amended Complaint ("FAC") amending his claim for intentional infliction of emotional distress, the Third Cause of Action in Plaintiff's FAC. (Doc. No. 21.)

**WHEREAS**, on June 15, 2021, the Court issued the Order Adopting in Full the Findings and Recommendations Granting Defendant's Motion to Dismiss (the "Order"), ordering that Plaintiff's FAC, which was prematurely docketed on June 11, 2021, be deemed filed as of the date of entry of the Order and that Defendant's response be due 21 days after the date of entry of the Order. (Doc. No. 22.)

**WHEREAS**, on June 22, 2021, Defendant notified Plaintiff that it intended to seek dismissal of the Third Cause of Action of Plaintiff's FAC for intentional infliction of emotional distress because the FAC fails to plead sufficient facts on which relief may be granted.

**WHEREAS**, following the Parties' meet and confer, on June 28, 2021, counsel for Plaintiff notified Defendant that Plaintiff agreed to dismiss the Third Cause of Action of Plaintiff's FAC for intentional infliction of emotional distress.

**WHEREAS**, concurrently with this Joint Stipulation, the Parties have filed a Stipulation of Dismissal with Prejudice of Plaintiff's Third Cause of Action for Intentional Infliction of Emotional Distress.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties as follows:

1     Case No. 1:20-cv-00975-NONE-JLT
JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT; [~~PROPOSED~~] ORDER

20cv975.o.grnt.stip
eot responsive

Plaintiff and Defendant, by and through their counsel, stipulate and agree that Defendant's Answer to Plaintiff's FAC shall be due on July 27, 2021.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: June 28, 2021   EMPLOYMENT LAWYERS GROUP


By: /s/ Ann Guleser (as authorized on 6/28/2021)
   Karl Gerber, Esq.
   Ann Guleser, Esq.

Attorneys for Plaintiff
BALWINDER SINGH


DATED:  June 29, 2021   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/ Minh P. Ngo
   Johnnie A. James
   Minh P. Ngo

Attorneys for Defendant
IKEA DISTRIBUTION SERVICES, INC.

2   Case No. 1:20-cv-00975-NONE-JLT
JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

The Court, having considered the Parties' Joint Stipulation To Extend Time For Defendant To File Answer To Plaintiff's First Amended Complaint; [Proposed] Order, and for good cause shown, the Court hereby orders that Defendant's Answer to Plaintiff's First Amended Complaint shall be due on July 27, 2021.

IT IS SO ORDERED.

Dated: **June 29, 2021**  _____ **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE

3   Case No. 1:20-cv-00975-NONE-JLT
JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT; [~~PROPOSED~~] ORDER

20cv975.o.grnt.stip
eot responsive