JOHNNIE A. JAMES, CA Bar No. 144091
johnnie.james@ogletree.com
MINH P. NGO, CA Bar No. 302230
minh.ngo@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:	213-239-9800
Facsimile:	213-239-9045

Attorneys for Defendant
IKEA DISTRIBUTION SERVICES, INC.

EMPLOYMENT LAWYERS GROUP
Karl Gerber (SBN 166003)
Ann Guleser (SBN 210790)
13418 Ventura Boulevard
Sherman Oaks, California 91423
Telephone:	(818) 783-7300
Facsimile:	(818) 995-7159

Attorneys for Plaintiff
BALWINDER SINGH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALWINDER SINGH, an individual<br><br>Plaintiff,<br><br>v.<br><br>IKEA DISTRIBUTION SERVICES, INC.; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 1:20-cv-00975-JTL-BAK (SKO)<br><br>**STIPULATION TO CONTINUE MID-DISCOVERY STATUS CONFERENCE; ORDER**<br><br>Complaint Filed:	July 13, 2020<br>FAC Filed:	June 15, 2021<br>Pre-Trial Conf. Date:	December 19, 2022<br>Trial Date:	None<br>District Judge:	Hon. Jennifer L. Thurston<br>	Courtroom 4, Fresno<br>Temporary<br>Magistrate Judge:	Hon. Sheila K. Oberto<br>	Courtroom 7, Bakersfield |

**STIPULATION**

Plaintiff Balwinder Singh ("Plaintiff") and Defendant IKEA Distribution Services, Inc. ("Defendant", collectively the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the Mid-Discovery Status Conference in this case is scheduled for February 8, 2022, at 8:30 a.m., before Magistrate Judge Sheila K. Oberto;

WHEREAS, the Parties have a mediation with Kim Deck, Esq. of Judicate West scheduled for February 4, 2022;

WHEREAS, the Parties agree that good cause exists to continue the Mid-Discovery Status Conference for approximately 30 days to provide the Parties additional time to meaningfully and fully complete settlement discussions following mediation with Ms. Deck.

**THEREFORE, THROUGH THEIR RESPECTIVE COUNSEL, THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

In the interest of efficient litigation in this case, the parties hereby stipulate and request that the Court order that the Mid-Discovery Status Conference currently scheduled for February 8, 2022, at 8:30 a.m., before Magistrate Judge Sheila K. Oberto, be continued to March 8, 2022, or a date soon thereafter, at the same time and location.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| **IT IS SO STIPULATED.** | |
| | Respectfully submitted, |
| DATED: January 21, 2022 | EMPLOYMENT LAWYERS GROUP |
| | By: /s/ Ann Guleser (as authorized on 1/21/2022) |
| | Karl Gerber, Esq. |
| | Ann Guleser, Esq. |
| | Attorneys for Plaintiff |
| | BALWINDER SINGH |
| DATED:  January 21, 2022 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | By:  /s/ Minh P. Ngo |
| | Johnnie A. James |
| | Minh P. Ngo |
| | Attorneys for Defendant |
| | IKEA DISTRIBUTION SERVICES, INC. |

**ORDER**

The Court, having considered the Parties' Stipulation to Continue Mid-Discovery Status Conference, and for good cause shown (*see* Fed. R. Civ. P. 14(b)(4)), **IT IS SO ORDERED** that the Mid-Discovery Status Conference currently scheduled for February 8, 2022, before Magistrate Judge Sheila K. Oberto, is hereby **CONTINUED to March 10, 2022, at 9:30 AM.** The parties SHALL file a joint mid-discovery status conference report (as set forth in the Scheduling Order (Doc. 29)) one week before the conference, and lodge the status report via e-mail to BAKorders@caed.uscourts.gov.

The parties' mid-discovery status conference report shall state whether the parties believe a status conference would be beneficial, so the status conference can be vacated, if appropriate.

IT IS SO ORDERED.

Dated:   **January 24, 2022**         /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE