UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALWINDER SINGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IKEA DISTRIBUTION SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00975-JLT-BAK (SKO)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 37) |

    On February 24, 2022, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 37.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:　**February 25, 2022**　　　　　　　/s/ *Sheila K. Oberto*　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE